UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ELLIS, | No. 2:14-cv-1949 CKD P |
| Plaintiff, | |
| v. | ORDER |
| HARPER, et al., | |
| Defendants. | |

Plaintiff, a California prisoner proceeding pro se, has filed an action for violation of civil rights under 42 U.S.C. § 1983. Plaintiff has consented to have all matters in this action before a United States Magistrate Judge. See 28 U.S.C. 636(c). On June 8, 2015, plaintiff was given 14 days within which to pay the $400 filing fee for this action. Plaintiff was warned that failure to pay the filing fee within 14 days would result in dismissal. Plaintiff has not paid the filing fee. Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

Dated: July 13, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
elli1949.3ks(2)